| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | |
| ) | **V E R I F I C A T I O N** |
| COUNTY OF COLUMBIA ) | |

I, Dustin McPhillips, Special Agent with the United States Department of Agriculture, Office of Inspector General, in Columbia, South Carolina, hereby verify, declare and state under penalty of perjury that I am the Special Agent with primary responsibility for this case; that I have read the foregoing Verified Complaint for Forfeiture *in rem* and know the contents thereof; and, that the allegations contained in the Verified Complaint for Forfeiture *in rem* are true and correct to the best of my knowledge, information and belief.

_____
Dustin McPhillips, Special Agent
United States Department of
Agriculture, Office of Inspector General

SWORN TO before me this Friday 1/13th day of January, 2023.

_____(L.S.)
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission expires: 9/8/2027

